**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL
BEFORE: FRANKLIN L. NOEL
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | |
| Joseph B. Burris, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 17-mj-197 FLN |
| Date: | March 1, 2017 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 2:14 p.m. |
| Time Concluded: | 2:20 p.m. |
| Time in Court: | 6 minutes |

APPEARANCES:

Plaintiff: Charles Kovats, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
✖ FPD

✖ Charges read into record        ✖ Advised of Rights

on   ✖ Probation violation
✖ Date charges or violation filed: 1/4/2017
✖ Current Offense: arrested in Hennepin county; failure to report for court hearing; failed to appear to probation officer
✖ **Charges from other District:** failure to pay legal child support
✖ Title and Code of underlying offense from other District: 18:228(a)(3)
✖ Case no: 4:15-cr-40081 KES

✖ Government moves for detention.
Motion is ✖ granted, temporary detention ordered.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**
Next appearance date is March 3, 2017 at 10:00 a.m. before U.S. Magistrate Judge Steven E. Rau, CR 3A STP for:
✖ Detention hrg        ✖ Removal hrg

Additional Information:

_____ s/ Janet Midtbo
Signature of Courtroom Deputy